**FILED**

**May 05, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                CASE NO.  1:22-CR- 00131-DAD-BAM

12                      Plaintiff,

13                      v.                     ORDER FILING AND UNSEALING REDACTED
                                               INDICTMENT
14   (1) JORGE CALDERON-CAMPOS,
     (2) ALBERTO GOMEZ-SANTIAGO,
15   (3) BYRON ADILIO ALFARO-SANDOVAL,
     (4) FRANCISCO JAVIER TORRES MORA,
16   a.k.a. JOHNATHAN BENJAMIN TORRES,
     (5) JOSE ANGEL BELTRAN-CHAIDEZ,
17   AND (7) MARK GARCIA,

18                      Defendants.

19

20        Upon application of the United States of America and good cause having been shown,

21   IT IS HEREBY ORDERED that the redacted indictment attached to the government's

22   application in the above-captioned matter is hereby ordered unsealed and filed.

23   Dated:    5/5/2022                        *Sheila K. Oberto*
                                               ─────────────────────────────
24                                             Honorable Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28

ORDER UNSEALING REDACTED INDICTMENT