**FILED**
May 05, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR- 00131-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER FILING AND UNSEALING REDACTED INDICTMENT |
| (1) JORGE CALDERON-CAMPOS, (2) ALBERTO GOMEZ-SANTIAGO, (3) BYRON ADILIO ALFARO-SANDOVAL, (4) FRANCISCO JAVIER TORRES MORA, a.k.a. JOHNATHAN BENJAMIN TORRES, (5) JOSE ANGEL BELTRAN-CHAIDEZ, AND (7) MARK GARCIA, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the redacted indictment attached to the government's application in the above-captioned matter is hereby ordered unsealed and filed.

Dated:  5/5/2022

*Sheila K. Oberto*
Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING REDACTED INDICTMENT