MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MARK GARCIA,<br><br>                              Defendant. | CASE NO.  1:22-CR-00131-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: February 3, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendants' counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was scheduled for sentencing on February 3, 2025, before U.S. District Judge Jennifer L. Thurston.

2.     The parties stipulate to continue this matter to March 3, 2025, to set a new presentence briefing schedule to allow the government to submit informal objections to the draft presentence report. The government did not timely file informal objections based on counsel for the government's unavailability due to trial.

3.     The probation officer is available for sentencing on March 3, 2025.

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  January 24, 2025                    PHILLIP A. TALBERT
                                           United States Attorney


                                            /s/ KAREN A. ESCOBAR
                                           KAREN A. ESCOBAR
                                           Assistant United States Attorney



                                            /s/  MARK A. BROUGHTON
                                           MARK A. BROUGHTON
                                           Counsel for defendant Mark Garcia


                              **ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

   Dated:   **January 25, 2025**

                                           UNITED STATES DISTRICT JUDGE